EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2025 TSPR 94   |
|                            |                |
| Norberto Colón Alvarado    | 216 DPR ___    |

Número del Caso:  TS-12,160

Fecha:  3 de octubre de 2025

Representantes legales de la parte peticionaria:

    Lcdo. Virgilio Mainardi Peralta
    Lcdo. Luis Manuel García Tous

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Norberto Colón Alvarado                TS-12,160


RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de octubre de 2025.

Atendida la *Solicitud de reinstalación* presentada por el Lcdo. Virgilio Mainardi Peralta y el Lcdo. Luis Manuel García Tous en representación del Sr. Norberto Colón Alvarado, así como la Certificación del Programa de Educación Jurídica Continua, se provee ha lugar. Se reinstala al ejercicio de la abogacía al Sr. Norberto Colón Alvarado.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez no intervino.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo